## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

STEPHANIE GLOVER and VICTORIA
DYESS

    VS                                      CASE NO.   3:09cv147/RV/MD

STILL WATERS MEDICAL SPA, LLC,
MARY AANESTAD, and JEFF ANNESTAD

### REFERRAL AND ORDER

Referred to Judge Vinson on   05/29/2009
Type of Motion/Pleading  NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Filed by: Plaintiffs   on 5/29/09   Doc. No. 18
(  ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                                        on _____ Doc. No. _____
                                                        on _____ Doc. No. _____
                                                        WILLIAM M. McCOOL, CLERK OF COURT

                                                        /s/ D. Bajzik
                                                        Deputy Clerk

### ORDER

Upon consideration of the foregoing, it is ORDERED this   17th   day of   June  , 2009, that:

     The plaintiffs' Fair Labor Standards Act/Overtime claim is hereby DISMISSED, without prejudice.  All other claims remain pending.

                                              /s/ *Roger Vinson*
                                              ROGER VINSON
                                              SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.